**Order entered June 3, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00596-CV

### IN RE REGINALD ARLEIGH NOBLE, Relator

**Original Proceeding from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F-0050025**

## ORDER
Before Justices Brown, Schenck, and Reichek

Based on the Court's opinion of this date, we **DISMISS** this original proceeding for want

of jurisdiction.

/s/     ADA BROWN
        JUSTICE